

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00395-CR

VERONICA VALDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 66,566-E, Honorable Douglas Woodburn, Presiding

November 7, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant, Veronica Valdez, and her attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.